# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | **ORDER** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No.: 1:23-cr-213 |
| Pablo James Eagleshield, ) | |
| ) | |
| Defendant. ) | |

On November 22, 2023, the court issued an order releasing Defendant subject to several conditions. (Doc. No. 112). One of these conditions is that Defendant is to report to the Pretrial Services Office in Bismarck at 11:00 AM for a post-release interview. Immediately following this interview, Defendant shall report to the United State's Marshals office for processing.

**IT IS SO ORDERED.**

Dated this 22nd day of November, 2023.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court